December 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL A. GARDOCKI, Appellant

NO. 14-12-00921-CV                    V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Federal National Mortgage Association, signed on September 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Michael A. Gardocki, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.